AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

FILED
2018 JUL 19 AM 10: 59
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Philip M. Popa, Jr. | ) | |
| | ) | 4:18M 6140 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  4/21/18 to 7/18/18  in the county of  Stark  in the
Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2)(A) | In that he knowingly received child pornography that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan D. Anschutz/Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  07/19/2018

_____
*Judge's signature*

City and state:  Youngstown Ohio    George J. Limbert, U.S. Magistrate Judge
*Printed name and title*