IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:18MJ6140 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE GEORGE J. |
| | ) | LIMBERT |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIP M. POPA, JR., | ) | MOTION TO SEAL COMPLAINT |
| | ) | AFFIDAVIT |
| Defendant. | | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Carol M. Skutnik, Assistant United States Attorney, and respectfully moves the Court for an Order sealing the affidavit sworn by Task Force Officer Ryan Anschutz, of the Federal Bureau of Investigation, filed in support of the criminal complaint issued in the instant case, for the following reasons.

1. The government has been engaged in an on-going investigation in the Northern District of Ohio focused upon potential violations of Title 18, United States Code, Section 2252A(a)(2)(A) which investigation could be compromised by the revelation of the contents of the affidavit herein submitted.

2. Additionally, the contents of the affidavit are so particular that their disclosure, to the public, could compromise future investigations.

In support of this motion, the United States refers the Court to the following cases: United States v. Agosto, 600 F.2d 1256 (9th Cir. 1979); Shea v. Gabriel, 520 F.2d 879 (1st Cir. 1975).

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Carol M. Skutnik
Carol M. Skutnik (OH: 0059704)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3785
(216) 522-8355 (facsimile)
Carol.Skutnik@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2018 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Carol M. Skutnik
Carol M. Skutnik
Assistant U.S. Attorney