## Skutnik, Carol M. (USAOHN)

**From:** Skutnik, Carol M. (USAOHN)
**Sent:** Tuesday, January 29, 2019 4:29 PM
**To:** 'whitakerandrea'
**Subject:** RE: Popa
**Attachments:** IWPE17_paper_12.pdf

Andrea,

Attached is a copy of the academic paper referred to in the search warrant affidavit. It is my opinion (consistent with caselaw) that the law enforcement software is not discoverable. I will do some additional research on that issue but have not included that in my response at this time.

Carol M. Skutnik
Assistant U.S. Attorney

---

**From:** whitakerandrea <whitakerandrea@yahoo.com>
**Sent:** Tuesday, January 29, 2019 9:40 AM
**To:** Skutnik, Carol M. (USAOHN) <CSkutnik@usa.doj.gov>
**Subject:** Popa

Hello Carol

Can you please provide the following related to the affidavit in support of the search warrant:

The "modified" version of the Freenet software available to Law Enforcement on which you relied upon for your statements in the affidavit for the search warrant.

- The "peer-reviewed, publically-available academic paper" that contains the mathematical formula that determines whether the requesting machine was the original requestor or forwarding the request of another machine, on which you relied upon for your statements in the affidavit for the search warrant.

Thank you,

Andrea

Sent from my Verizon, Samsung Galaxy smartphone