# Skutnik, Carol M. (USAOHN)

| | |
|---|---|
| **From:** | Skutnik, Carol M. (USAOHN) |
| **Sent:** | Tuesday, February 19, 2019 12:06 PM |
| **To:** | 'whitakerandrea' |
| **Subject:** | Supplemental discovery info for Popa |
| **Attachments:** | Supplemental letter.pdf; Preface on the Int. Workshop.pdf; Website.vol 1873.pdf; Copy of FTS_3yo_dad_file.xlsm |

Andrea,

Attached is a supplemental discovery letter, the FBI log files for this case, and some information on the peer reviewed and published article we previously discussed. I will be sending a hard copy but wanted to get this to you quickly due to time constraints.

Please feel free to contact me if you have any trouble accessing these documents.

Carol