# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.: 5:18-cr-00448 BYP** |
| Plaintiff | **JUDGE BENITA Y. PEARSON** |
| v. | **NOTICE OF APPEAL** |
| **PHILIP M. POPA, JR.** | |
| Defendant | |

Now comes Defendant Philip M. Popa, Jr., by and through the undersigned, and hereby gives notice that he is appealing to the United States Court of Appeals for the Sixth Circuit from Ohio from the Final Judgment of the United States District Court of the Northern District of Ohio issued in the above-captained matter entered in this action on the 7th day of August, 2019.

Respectfully submitted,
WILLIAM T. WHITAKER CO. LPA

/s/Andrea Whitaker
ANDREA WHITAKER #0074461
54 E. Mill Street Suite 301
Akron, Ohio 44308
T: 330-762-0287
F: 330-762-2669
whitaker@whitakerlawlpa.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was electronically filed this 22nd day of August 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                              /s/ Andrea Whitaker  
                                              Andrea Whitaker